IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALBERT LEON RABON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:17-cv-360-ECM |
| | )                        [WO] |
| WALTER WOOD, | ) |
| | ) |
| Respondent. | ) |

**OPINION and ORDER**

On May 22, 2019, the Magistrate Judge entered a Recommendation that the petitioner's habeas petition be dismissed with prejudice (doc. 23) to which no objections have been filed. Upon an independent review of the file, upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 be and is hereby DISMISSED as moot because a favorable decision on the merits would not entitle him to any relief.

DONE this 21st day of June, 2019.

                        /s/ Emily C. Marks
                 EMILY C. MARKS
                 CHIEF UNITED STATES DISTRICT JUDGE